**Order filed, May 30, 2019.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-19-00422-CV**
_____

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant**

**V.**

**JOHN  CARTER, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-08386**

---

## ORDER

The reporter's record in this case was due **May 28, 2019**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **My-Thuy Cieslar**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM